# Court of Appeals
# of the State of Georgia

ATLANTA,   June 21, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0265.   BARROW COUNTY BOARD OF COMMISSIONERS v. MICHAEL GOODYEAR, et al.**

Barrow County Board of Commissioners ("the Board") seeks interlocutory review of the trial court's order denying a motion to dismiss. The trial court entered the order on April 24, 2012, and granted a certificate of immediate review on May 4, 2012. The application for interlocutory appeal, however, was not filed until twenty days later on May 24, 2012.

Pursuant to OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days after the granting of a certificate of immediate review. The Board's failure to comply with the requisite interlocutory procedure deprives us of jurisdiction. See *Rhymes v. East Atlanta Church Of God, Inc.*, 284 Ga. 145, 148 (663 SE2d 670) (2008). Accordingly, this application for interlocutory appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, 06/21/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , Clerk.